[Cite as *03/01/2004 Case Announcements,* 2004-Ohio-875.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 1, 2004*

## MOTION AND PROCEDURAL RULINGS

2003–2099.   State v. Hancock.

Warren C.P. No. 00CR19073. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Warren County. Upon consideration of appellant's motion to supplement the record with juror questionnaires,

IT IS ORDERED by the court that the motion to supplement the record be, and hereby is, granted, and that the Clerk of the Warren County Court of Common Pleas, within 20 days of the date of this entry, certify and transmit to the Clerk of this court all juror questionnaires used during voir dire proceedings at defendant's trial.

[Cite as *03/02/2004 Case Announcements,* 2004-Ohio-926.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 2, 2004*

## DISCIPLINARY CASES

2000–1108.   Disciplinary Counsel v. Mandel.

This cause has come on for further consideration upon the filing of a petition for reinstatement by respondent, Stewart Mandel, Attorney Registration No. 0026161. On December 24, 2003, the Board of Commissioners on Grievances and Discipline filed a final report recommending that respondent, Stewart Mandel, not be reinstated to the practice of law in Ohio. Pursuant to Gov.Bar R. V(10)(G)(5), respondent filed objections on February 26, 2004.

IT IS ORDERED by the court, sua sponte, that relator may file an answer brief on or before 15 days from the date of filing of objections.